STATE OF NEW JERSEY, DIVISION OF ALCOHOLIC BEV-
ERAGE CONTROL, PLAINTIFF-RESPONDENT, v. BER-
NARD McNALLY, DEFENDANT-PETITIONER.

See same case below: 91 *N. J. Super.* 513.

*Mr. Thomas E. Durkin, Jr.* and *Mr. John J. Flynn* for the petitioner.

*Mr. Arthur J. Sills* and *Mr. Max Spinrad* for the respondent.

November 15, 1966. Denied.

ANGELO FOCACCIA, JR., *ETC., ET AL.*, PLAINTIFFS-RE-
SPONDENTS, v. ERIE-LACKAWANNA RAILROAD CO.,
*ET AL.*, DEFENDANTS-PETITIONERS.

*Messrs. Lamb, Blake, Hutchinson & Dunne* for the petitioners.

*Messrs. Shashaty & Fontanella* and *Mr. John E. Hughes* for the respondents.

November 15, 1966. Denied.

ESTHER BOYER, PETITIONER-PLAINTIFF, v. GENERAL
CIGAR CORP., RESPONDENT-RESPONDENT.

*Messrs. Jacob, Alfred & Richard Levinson* and *Mr. George H. Conover, Jr.* for the petitioner.

*Messrs. Mead, Gleeson, Hansen & Pantages* and *Mr. Louis J. Douglass* for the respondent.

November 15, 1966. Denied.